# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED FEBRUARY 23, 2023

## NO. 03-22-00650-CV

**Ronald Sharp, II and Sandra Sharp, Appellants**

**v.**

**Jennifer Sharp, Appellee**

**APPEAL FROM COUNTY COURT AT LAW NO. 1 OF BELL COUNTY
BEFORE JUSTICES BAKER, KELLY, AND SMITH
DISMISSED FOR WANT OF PROSECUTION -- OPINION BY JUSTICE BAKER**

This is an appeal from the order signed by the trial court on October 3, 2022. Having reviewed the record, the Court holds that appellants have not prosecuted their appeal and did not comply with a notice from the Clerk of this Court. Therefore, the Court dismisses the appeal for want of prosecution. Because appellants are indigent and unable to pay costs, no adjudication of costs is made.